

windelsmarx.com

**Alan Nisselson**  
212.237.1000  
anisselson@windelsmarx.com

**156 West 56th Street | New York, NY 10019**  
T. 212.237.1000 | F. 212.262.1215

**Electronically Filed**                                      May 11, 2020

The Honorable Nancy Hershey Lord  
United States Bankruptcy Court  
Eastern District of New York  
271-C Camden Plaza East  
Brooklyn, NY 11201

Re:   Mohamed Bashir ("Debtor")  
      Chapter 7 Case No. 1-20-41063-nhl  
      Our File No. 820740-99

Dear Judge Lord:

I am the Chapter 7 Trustee of the above-referenced Debtor. I hereby withdraw the Report of No Distribution for this case filed on May 11, 2020 which was filed in error.

          Respectfully submitted,

          /s/ Alan Nisselson  
          Alan Nisselson, Chapter 7 Trustee